**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Risheen G. Rich, Appellant.

Appellate Case No. 2019-001785

―――――――――――

Appeal From Sumter County
Thomas L. Hughston, Jr., Circuit Court Judge

―――――――――――

Unpublished Opinion No. 2021-UP-137
Submitted April 1, 2021 – Filed April 28, 2021

―――――――――――

**APPEAL DISMISSED**

―――――――――――

Appellate Defender Taylor Davis Gilliam, of Columbia, for Appellant.

Matthew C. Buchanan, of South Carolina Department of Probation, Parole and Pardon Services, of Columbia, for Respondent.

―――――――――――

**PER CURIAM:**  Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**KONDUROS, GEATHERS, and MCDONALD, JJ., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.